# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
DEC 0 6 2013
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

DeAngelo D. Dixon )
)
)
vs. ) Case Number: 13-4104
Joe Oleson; Bernie Damn, Jail Administrator )
Mercer County Jail; Joe Deschepper, C/O )
Mercer County Jail; Jeff Dale, Jail Supervisor )
Mercer County Jail )
)

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed as duplicative to No. 13-cv-4079.

Dated: 12/6/2013

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court